Certificate Number: 03088-PAE-DE-033400788

Bankruptcy Case Number: 14-16613



03088-PAE-DE-033400788

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2019, at 8:56 o'clock AM CDT, Eric F Malave completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 12, 2019                    By:     /s/Jason M Tepper

Name:   Jason M Tepper

Title:   Counselor